The PEOPLE of the State of Colorado, Petitioner,

v.

Lind LIPPOLDT, Respondent.

No. 95SC237.

Supreme Court of Colorado,
En Banc.

May 7, 1996.

**ORDER OF COURT**

Upon consideration of the Notice of Death of the Respondent, the Motion to Retain

Jurisdiction and Expedited Ruling, and the Response filed thereto, and now being sufficiently advised in the premises,

IT IS ORDERED that the oral argument set in this matter is vacated, that the Motion to Retain Jurisdiction is DENIED, and that this matter is dismissed as moot because of the death of the Respondent.